UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EAGLE WEST INSURANCE COMPANY, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MAJESTIC FARM, LLC, a Washington limited liability company; NICHOLAS STRUIKMANS, an individual; JANIE STRUIKMANS, an individual; COMMUNITY ASSOCIATION FOR RESTORATION OF THE ENVIRONMENT, INC., a Washington non-profit corporation; FRIENDS OF TOPPENISH CREEK, a Washington non-profit corporation; and CENTER FOR FOOD SAFETY, a Washington D.C. non-profit corporation,<br><br>　　　　　　Defendants. | NO: 1:20-CV-3143-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 3). Because Defendants have neither filed an answer

ORDER OF DISMISSAL ~ 1

nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED October 13, 2020.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2